Before STATE INDUSTRIAL BOARD, Respondent. LENA SOLER, Claimant, Respondent, v. ESTATE OF MANUEL OPPENHEIMER and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. KATHERINE WALLACE, Claimant, Respondent' v. B. E. BRESEE and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. W. E. BECKER, Claimant, Respondent, v. GENERAL ELECTRIC COMPANY, Appellant.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. ANTHONY SAUTO, Respondent, v. DAVIS BROWN, INC., and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. JAMES V. TORREY, Claimant, Respondent, v. MATTEAWAN MANUFACTURING COMPANY and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. MEYER LEDERSON, Claimant, Respondent, v. CASSIDY & DORFMAN and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. CHRIS YAGER, Claimant, Respondent, v. GENERAL ELECTRIC COMPANY, Appellant.— Appeal dismissed, with costs in favor of the State Industrial Board, on the authority of *Sparone* v. *General Electric Co.* [203 App. Div. 273], decided herewith. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. MARY LYNCH, Claimant, Appellant, v. ROBERT GAIR COMPANY and Another, Respondents.— Decision of the State Industrial Board unanimously affirmed, without costs.

Before STATE INDUSTRIAL BOARD, Respondent. GEORGE W. SMITH, Claimant, Respondent, v. METAL STAMPING COMPANY and Another, Appellants.— Award affirmed, with costs in favor of the State Industrial Board, upon the authority of *Cohen* v. *Ashford Plumbing Co.* [203 App. Div. 261], decided herewith. All concur, except Kiley and Hasbrouck, JJ., dissenting.

Before STATE INDUSTRIAL BOARD, Respondent. MARY C. SMITH, Claimant, Respondent, v. McKESSON & ROBBINS, INC., and Another, Appellants.— Award affirmed, with costs in favor of the State Industrial Board, upon the authority of *Cohen* v. *Ashford Plumbing Co.* [203 App. Div. 261], decided herewith. All concur, except Kiley and Hasbrouck, JJ., dissenting.

Before STATE INDUSTRIAL BOARD, Respondent. GIOVANNI C'SIENTA, Claimant, Respondent, v. PENNSYLVANIA RAILROAD COMPANY, Appellant.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. BEN IZZO, Claimant, Respondent, v. B. X. GAFFNEY & SON and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.